UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FRANCES WILEY** | **SUIT NUMBER:** |
| **VERSUS** | **JUDGE:** |
| **UNITED STATES POSTAL SERVICE & UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE:** |

## PLAINTIFF'S ORIGINAL COMPLAINT

**1.**

Frances Wiley is a citizen of the State of Louisiana, an adult individual residing at 188 Fairfield Pentecostal Church Road, Dry Prong, Parish of Grant, State of Louisiana.

**2.**

Defendant, United States Postal Service, is a federal government agency maintaining a principle place of business at. 475 L'Enfant Plaza SW, Washington, DC 20260.

**3.**

Defendant, United States of America, is the federal government and maintains principal offices at the Department of Justice, Room 5111, 10th & Constitution Avenue NW, Washington, DC 20530.

**4**.

This Honorable Court has jurisdiction over the lawsuit under 28 U.S.C. § 1346(b) because the suit involves a claim against the United States for personal injuries caused by the negligent act/wrongful act/omission of United States Postal Service employee(s) while acting within the scope of their employment.

**5.**

Venue proper in this district under 28 U.S.C. § 1402(b) because plaintiff resides in this district.  Venue is also proper in this district under 28 U.S.C. § 1402(b) because the acts and omissions complained of occurred in this district.

**6.**

Plaintiff timely presented this claim in writing as follows:

- United States Postal Service via certified mail, return receipt (7019 2970 0000 8396 6324), on October 15, 2020 at the following address: United States Postal Service, Attn. Tort Claims Coordinator, Post Office Box 56248, New Orleans, Louisiana 70156.

- United States Postal Service via certified mail, return receipt (7019 2970 0000 8396 6294), on October 14, 2020 at the following address: United States Postal Service, 605 1st Street, Dry Prong, Louisiana 71423.

- United States Postal Service via certified mail, return receipt (7019 2970 0000 8396 6300), on October 16, 2020 at the following address: United States Postal Service, Attn. Chief Counsel, Torts, General Law Service Center, USPS National Tort Center, 1720 Market Street, Room 2400, St. Louis, Missouri 63155-9948.

- United States Postal Service via certified mail, return receipt (7019 2970 0000 8396 6317), on October 15, 2020 or October 21, 2020 at the following address: United States Postal Service, Attn. Tort Claims Coordinator, 701 Loyola Avenue, New Orleans, Louisiana 70113.

**7.**

The United States Postal Service failed to make a final disposition of the claim within six months after it was presented; therefore, pursuant to 28 U.S.C. § 2675(a), defendant's failure to make final disposition shall be construed as a denial of the claim presented.

**8.**

On or about October 16, 2018, petitioner, Frances Wiley, was an invited guest at the United States Postal Service location in Dry Prong, Parish of Grant, State of Louisiana. While at the same location, Frances Wiley tripped and fell on a threshold that was mounted and maintained at an unreasonably high elevation by the United States Postal Service, and the same threshold presented an unreasonably dangerous condition and an unreasonable risk of harm. The United States Postal Service knew or should have known of the presence of the threshold or placed the threshold at its location and failed to take any steps to remedy the unreasonable risk of harm presented by the threshold or warn Frances Wiley or any other invited guest of the danger inherent in the threshold.

**9.**

At all times material hereto, defendant, the United States Postal Service, by and through its agents, servants, workmen, employees and/or other representatives, acted on behalf of defendant, United States of America, and with the full knowledge, consent and authority of defendant, United States of America.

**10.**

At all times material hereto, the Defendants acted and/or failed to act by and through their agents, servants, workpersons and/or employees, who acted within the course of their employment and within the scope of their authority with said Defendants. Accordingly, the United States Postal

Service and the United States of America are vicariously liable for the negligence of federal postal employees employed at the location of the incident on the day of the incident.

**11.**

The federal postal employees employed at the location of the incident on the day of the incident and prior to the date of the incident were employees or agents of defendants and were acting in the course and scope of their office or employment and had a duty to exercise ordinary care and to act reasonably and prudently in maintaining the premises at the location of the accident at issue. The same employees, despite knowledge and notice of the defective threshold, failed to warn or take remedial measures to protect patrons from the same danger.

**12.**

Pursuant to 28 U.S.C.§ 2674, defendants are liable to plaintiff for her damages described below occasioned the incident at issue.

**13.**

As a direct and proximate result of defendants' negligence, plaintiff suffered the following injuries and damages:

(a) Past medical, hospital and drug expenses;

(b) Future medical, hospital and drug expenses;

(c) Past lost wages;

(d) Future lost wages and loss of earning capacity;

(e) Past disability;

(f) Future disability;

(g) Past mental pain and suffering;

(h) Future mental pain and suffering;

(i) Past physical pain and suffering;

(j) Future physical pain and suffering;

(k) Past loss of enjoyment of life; and

(l) Future loss of enjoyment of life.

**A. PRAYER**

For these reasons, plaintiff asks for judgment against defendants for the following;

a. General and special damages.

b. Costs of suit.

c. Post-judgment interest.

d. All other relief the Court deems appropriate.

                                      RESPECTFULLY SUBMITTED BY:

                                      ROY, SCOTT & JAMES, ATTORNEYS AT LAW

BY:   /s/ Benjamin D. James
         CORY P. ROY (Bar Roll #27066)
         BRANDON SCOTT (Bar Roll #33362)
         BENJAMIN D. JAMES (Bar Roll #34402)
         107 North Washington Street
         Post Office Box 544
         Marksville, Louisiana 71351
         (318) 240-7800 – Telephone
         (318) 240-7815 – Facsimile